THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>        Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF<br>DEFENSE,<br>1600 Pentagon 3E788<br>Washington, DC 20301-1600<br><br>U.S. ARMY,<br>Office of the Army General Counsel<br>101 Army Pentagon<br>Washington, DC 20310-0104<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No.  1:21-cv-637<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiffs and Defendants respectfully submit this Joint Status Report to advise the Court on the status of Plaintiff's Freedom of Information Act (FOIA) requests.

1.  DOD and Army have completed their searches and production of records. DOD made a production to Plaintiff on September 22, 2021. Army completed its search for responsive records and its search identified no responsive records. Plaintiff is continuing to review the produced records and information provided by Defendants regarding Defendants' searches.

2. Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues over the course of this case, the Parties do not yet know whether summary judgment briefing will be necessary. Thus, the Parties respectfully propose that the Court defer entering a briefing schedule at this time. The Parties further propose that they file a joint status report by March 10, 2022, updating the Court on the status of the case.

Dated: February 8, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

/s/ Lisa Newman
Lisa Newman (TX Bar No. 24107878)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5578
lisa.n.newman@usdoj.gov

*Counsel for Defendants*

/s/ *Emma Lewis*
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*