THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
AMERICAN OVERSIGHT,                  )
1030 15th Street NW, B255             )
Washington, DC 20005                    )
                                                    )
            Plaintiff,                           )
v.                                                 )
                                                    )   Civil No.  1:21-cv-637
U.S. DEPARTMENT OF                    )
DEFENSE,                                     )
1600 Pentagon 3E788                    )
Washington, DC 20301-1600        )
                                                    )
U.S. ARMY,                                   )
Office of the Army General Counsel )
101 Army Pentagon                       )
Washington, DC 20310-0104        )
                                                    )
            Defendants.                    )

## JOINT STATUS REPORT

Plaintiffs and Defendants respectfully submit this Joint Status Report to advise the Court on the status of Plaintiff's Freedom of Information Act (FOIA) requests.

1.      DOD and Army previously indicated that the agencies had completed their searches and production of records. DOD made a production to Plaintiff on September 22, 2021. Army completed its search for responsive records and its search identified no responsive records. Plaintiff inquired about searches for text message communications responsive to the FOIA requests.

2. DOD and Army conveyed to Plaintiff that when an employee separates from DOD or Army he or she turns in the government-issued phone, and the phone is wiped. For those custodians no longer with the agency, the text messages were not preserved and therefore could not be searched, although it is possible that particular text messages could have been saved into other records systems such as email. For those custodians still with the agency, Army has initiated a search for text messages responsive to the FOIA requests, and estimates completing their supplemental search by the end of September.

3. Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve any remaining issues, the Parties do not yet know whether summary judgment briefing will be necessary. Thus, the Parties respectfully propose that the Court defer entering a briefing schedule at this time. The Parties further propose that they file a joint status report by September 12, 2022, updating the Court on the status of the case.

Dated: July 12, 2022                Respectfully submitted,

                                    BRIAN M. BOYNTON
                                    Principal Deputy Assistant Attorney General
                                    Civil Division

                                    MARCIA BERMAN
                                    Assistant Branch Director

                                    /s/ Lisa Newman
                                    Lisa Newman (TX Bar No. 24107878)
                                    Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch 1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5578
lisa.n.newman@usdoj.gov

*Counsel for Defendants*

 /s/ *Emma Lewis*
Emma Lewis
 D.C. Bar No. 144574

 AMERICAN OVERSIGHT
 1030 15th Street NW, B255
 Washington, DC 20005
 (202) 919-6303
 emma.lewis@americanoversight.org

*Counsel for Plaintiff*