THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, <br> 1030 15th Street NW, B255 <br> Washington, DC 20005 <br><br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, <br> 1600 Pentagon 3E788 <br> Washington, DC 20301-1600 <br><br> U.S. ARMY, <br> Office of the Army General Counsel <br> 101 Army Pentagon <br> Washington, DC 20310-0104 <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 1:21-cv-637 |

## JOINT STATUS REPORT

Plaintiffs and Defendants respectfully submit this Joint Status Report to advise the Court on the status of Plaintiff's Freedom of Information Act (FOIA) requests.

1. DOD and Army previously indicated that the agencies had completed their searches and production of records. As indicated in the last JSR, Army initiated a supplemental search for text message communications responsive to the FOIA requests. The supplemental search is ongoing. The search is in its final stages and Army will endeavor to complete it in the next 45 days.

2. Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve any remaining issues, the Parties do not yet know whether summary judgment briefing will be necessary. Thus, the Parties respectfully propose that the Court defer entering a briefing schedule at this time. The Parties further propose that they file a joint status report by March 17, 2023, updating the Court on the status of the case.

Dated: January 17, 2023                     Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General
                                            Civil Division

                                            MARCIA BERMAN
                                            Assistant Branch Director

                                            /s/ Lisa Newman
                                            Lisa Newman (TX Bar No. 24107878)
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch 1100 L Street, N.W.
                                            Washington, D.C. 20005
                                            Tel: (202) 514-5578
                                            lisa.n.newman@usdoj.gov

                                            *Counsel for Defendants*

   /s/ *Emma Lewis*
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*