THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, <br> 1030 15th Street NW, B255 <br> Washington, DC 20005 <br><br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, <br> 1600 Pentagon 3E788 <br> Washington, DC 20301-1600 <br><br> U.S. ARMY, <br> Office of the Army General Counsel <br> 101 Army Pentagon <br> Washington, DC 20310-0104 <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 1:21-cv-637 |

**JOINT STATUS REPORT**

Plaintiffs and Defendants respectfully submit this Joint Status Report to advise the Court on the status of Plaintiff's Freedom of Information Act (FOIA) requests.

1. Army completed production in this case, and Plaintiff continues to review the productions and supplemental information provided by Defendants. Given that the Parties intend to and confer about whether Plaintiff has any challenges to the agencies' responses to Plaintiff's FOIA requests, the Parties do not yet know whether summary judgment briefing will be necessary. Thus, the Parties respectfully propose that the Court

defer entering a briefing schedule at this time. The Parties further propose that they file a joint status report by March 7, 2024, updating the Court on the status of the case.

Dated: January 8, 2024                                   Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

/s/ Lisa Newman
Lisa Newman (TX Bar No. 24107878)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch 1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5578
lisa.n.newman@usdoj.gov

*Counsel for Defendants*

/s/ Emma Lewis
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*